FILED
APR - 8 2008
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MIKEAL GLENN STINE, et al., | Case No. EDCV 08-0403-RGK(MLG) |
| Plaintiffs, | JUDGMENT |
| v. | |
| SAN BERNARDINO COUNTY JAIL, et al., | |
| Defendants. | |

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: APR - 7 2008

R. Gary Klausner
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
APR - 9 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY